UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RACHEL ENFELT,

        Plaintiff,

        v.         Case No. 18-C-604

ANDREW M. SAUL, Commissioner of
Social Security,

        Defendant.

## ORDER

The unopposed motion for relief from judgment is granted and the judgment previously entered is vacated. The case is remanded to the Social Security Administration for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, Enfelt's claim will be sent to an administrative law judge who will develop the record as necessary; offer the claimant the opportunity for a new hearing; reevaluate the claimant's mental limitations in light of a reevaluation of the evidence of record, including the medical and nonmedical opinions; reassess the claimant's subjective allegations; reevaluate separately whether the claimant meets or whether she medically equals a mental Listing; if a Listing is not met or equaled, the ALJ will reassess the claimant's residual functional capacity, including the claimant's ability to perform GED Math Development Level 1 tasks; as appropriate, obtain vocational testimony; and issue a new decision.

**SO ORDERED** at Green Bay, Wisconsin this 31st day of March, 2020.

        s/ William C. Griesbach
        William C. Griesbach, District Judge
        United States District Court